UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE HAMON, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>PREMIER TRAILER LEASING, INC., and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 2:21-cv-03705-MWF-JEM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: December 29, 2020 (originally filed in California Superior Court, County of Los Angeles) |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

1.

ORDER RE STIPULATED PROTECTIVE ORDER

**ORDER**

Based on the parties' Stipulated Protective Order and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the stipulation is entered as an Order of this Court.

**IT IS SO ORDERED.**

DATED: 9/16/2021

By: *(signature)* John E. McDermott
Honorable John E. McDermott
Judge of the United States District Court

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000