JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE HAMON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>PREMIER TRAILER LEASING, INC., and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. CV 21-3705-MWF(JEMx)<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Trial Date: July 19, 2022 |

    IT IS HEREBY ORDERED that, pursuant to the Joint Stipulation Requesting Voluntary Dismissal With Prejudice filed by Plaintiff and Defendant, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    **IT IS SO ORDERED.**

Dated: December 10, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT